Sylvia C. Moore, Plaintiff-Appellee, v. James B. Moore, Defendant-Appellant.

Gen. No. 47,775.

First District, Third Division.
February 17, 1960.
Released for publication April 14, 1960.

Yowell and Yowell, for defendant-appellant; Davis, Boyden, Jones, and Baer (Joseph W. Baer and John E. Angle, of counsel) for plaintiff-appellee. Opinion by PRESIDING JUSTICE BRYANT. Not to be published in full.